# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:14CR403 |
| Plaintiff, | **ORDER** |
| v. | |
| Susan Pioch, et al., | |
| Defendant. | |

Pending is the government's motion in limine to allow testimony by persons who, the government anticipates, will relate statements that Martin Fewlas made about defendant Kurt Mallory. (Doc. 180). The statements will, according to the government, exhibit Fewlas's animosity toward and fear of Kurt Mallory. Fewlas's antagonism toward Mallory is relevant to the issue of whether he would have left his substantial estate to Mallory, or, as the indictment alleges, the defendants, including Mallory, engaged in a conspiracy, *via* a forged will, to obtain the estate's assets.

Only defendant Pioch has responded to the government's motion. (Doc. 183). She has no objection to the admission of the statements, provided she can offer similar testimony about Fewlas's intentions *vis-a-vis* disposition of his estate.

Sauce for the goose; sauce for the gander. It is hereby,

ORDERED THAT the government's motion to admit statements of Martin Fewlas (Doc. 180) be, and the same hereby is, granted.

So ordered.

/s/ James G. Carr
Sr. U.S. District Judge