IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 3:14-CR-403 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN M. PIOCH, | ) | |
| MARGARET L. McKNIGHT, and | ) | |
| KURT L. MALLORY, | ) | |
| | ) | |
| Defendants. | ) | **FORFEITURE VERDICT** |

On November 21, 2016, a jury trial as to defendants Susan M. Pioch, Margaret L. McKnight, and Kurt L. Mallory was concluded and, *inter alia*, guilty verdicts were returned as to Counts 1, 2-22, 23-29, 31, 35-36, and 48 of the Indictment. With respect to defendant Susan M. Pioch, the Court now makes the following forfeiture determinations as to the following properties.

1. **$374,007.27 Seized from Mass Mutual Financial Group Annuity Contract #xxx xxxx1358. (Susan M. Pioch)**

   a.) Is this $374,007.27 a proceed that defendant Susan M. Pioch obtained, directly or indirectly, from the offense (Conspiracy to Commit Bank Fraud and Mail Fraud) charged in Count 1 of the Indictment?

   Yes: ___✓___          No: _____

b.) Is this $374,007.27 a proceed that defendant Susan M. Pioch obtained, directly or indirectly, from the Bank Fraud offense charged in Counts 2-22 of the Indictment?

Yes: √         No: _____

c.) Is this $374,007.27 a proceed that defendant Susan M. Pioch obtained, directly or indirectly, from the Mail Fraud offense charged in Counts 23-29 of the Indictment?

Yes: √         No: _____

_____

2. 6.    **$42,510.00 in U.S. Currency Seized at Susan M. Pioch's residence on Hargo Road, Toledo, Ohio.**

a.) Is this $42,510.00 in U.S. Currency a proceed that defendant Susan M. Pioch obtained, directly or indirectly, from the offense (Conspiracy to Commit Bank Fraud and Mail Fraud) charged in Count 1 of the Indictment?

Yes: √         No: _____

b.) Is this $42,510.00 in U.S. Currency a proceed that defendant Susan M. Pioch obtained, directly or indirectly, from the Bank Fraud offense charged in Counts 2-22 of the Indictment?

Yes: √         No: _____

      c.) Is this $42,510.00 in U.S. Currency a proceed that defendant Susan M. Pioch obtained, directly or indirectly, from the Mail Fraud offense charged in Counts 23-29 of the Indictment?

      Yes: __√__        No: _____

_____

**SO ORDERED** this ____ day of January, 2017.

_____
James G. Carr
United States District Judge, N.D. Ohio