IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 3:14CR403 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES G. CARR |
| | ) | |
| v. | ) | |
| | ) | |
| SUSAN PIOCH, | ) | <u>FINAL ORDER OF GARNISHMENT</u> |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DIRECTIONS CREDIT UNION | ) | |
| | ) | |
| Garnishee. | ) | |

A Writ of Garnishment, directed to Garnishee, has been duly issued and served upon the Garnishee. Pursuant to the Writ of Garnishment, the Garnishee filed an answer on March 19, 2018 stating that at the time of service of the Writ, the Garnishee had possession or control of personal property belonging to and/or due to the Defendant, and that the Garnishee was indebted to the Defendant in the sum of $250,489.87.

Defendant was properly served with the Writ of Garnishment and notified of the right to a hearing, but Defendant did not request a hearing, and the statutory time period to do so has

elapsed. The Garnishee, will pay said amounts to the U.S. Clerk of Courts, and mail to: U.S. Courthouse, 801 West Superior Avenue, Room 1-127, Cleveland, Ohio, 44113, and note the Court case number on each check to ensure the payments are properly credited to the Defendant.

Having considered the Application, Garnishee's Answer of Garnishment, and noting that Defendant did not request a hearing, the Court grants the United States' Motion for Final Order of Garnishment as follows:

IT IS ORDERED that the Garnishee shall pay within 15 days from the date of this Order the sum of $250,489.87, which was reported in the Garnishee's Answer from March 19, 2018 to Plaintiff.

| 5/7/18 | /s/ James G. Carr |
|---|---|
| DATE | UNITED STATES DISTRICT JUDGE |